1

2  Glenn Zuckerman
   **WEITZ & LUXENBERG, PC**
3  700 Broadway
   New York, New York 10003
4  Telephone: 212-558-5000
   Facsimile: 212-344-5461
5  Attorneys for Plaintiffs

6

7

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10

11

12  This Document Relates to:                        )
                                                     )
13  *Donald Whitman, et al. v. Pfizer Inc*           )   **MDL NO. 1699**
    (06-1350 CRB)                                     )   **District Judge:  Charles R. Breyer**
14                                                    )
    *Mildred Hance v. Pfizer Inc, et al.*            )
15  (06-1718 CRB)                                     )
                                                     )
16  *William Lopez, et al. v. Astra Merck, Inc., et al.* )   **STIPULATION AND ORDER OF**
    (06-2621 CRB)                                     )   **DISMISSAL WITH PREJUDICE**
17                                                    )
    *Rafaela Roman Velez, et al. v. Astra Merck,*    )
18  *Inc., et al.*                                    )
    (06-2649 CRB)                                     )
19                                                    )
    *Luis R. Carrion Velez, et al. v. Astra Merck,*  )
20  *Inc., et al.*                                    )
    (06-2658 CRB)                                     )
21                                                    )
    *Teresita Falcon Matos, et al. v. Astra Merck,*  )
22  *Inc., et al.*                                    )
    (06-2660 CRB)                                     )
23                                                    )
    *Ronny Maria Sanders, et al. v. Pfizer Inc*      )
24  (06-2681 CRB)                                     )
                                                     )
25  *Lori Sargent et al. v. Pfizer Inc*              )
    (06-3675 CRB)                                     )
26                                                    )
    *James Hall, et al. v. Pfizer Inc*               )
27  (06-3676 CRB)                                     )
                                                     )
28  *John Hayhurst v. Pfizer Inc, et al.*            )

                                -1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42581180.1

1 | (06-3758 CRB)                                              )

2 | *Bill Casillas, et al. v. Pfizer Inc, et al.*             )
  | (06-3958 CRB)                                              )
3 |                                                            )
  | *Patricia Knudsen v. Pfizer Inc, et al.*                  )
4 | (06-4043 CRB)                                              )
  |                                                            )
5 | *Betty Moncrief, et al. v. Pfizer Inc, et al .*           )
  | (06-4100 CRB)                                              )
6 |                                                            )
  | *Annette Edelen, et al. v. Pfizer Inc, et al.*            )
7 | (06-4147 CRB)                                              )
  |                                                            )
8 | *Debbie Mitchell v. Pfizer Inc, et al.*                   )
  | (06-4296 CRB)                                              )
9 |                                                            )
  | *Joseph Gastaldi, et al. v. Pfizer Inc, et al.*           )
10| (06-4362 CRB)                                              )
  |                                                            )
11| *Demetrio Rubio v. Pfizer Inc, et al.*                    )
  | (06-4449 CRB)                                              )
12|                                                            )
  | *Earlene McBride, et al. v. Pfizer Inc, et al.*           )
13| (06-4462 CRB)                                              )
  |                                                            )
14| *Louis Walkingstick, et al. v. Pfizer Inc, et al.*        )
  | (6-4463 CRB)                                               )
15|                                                            )
  | *Virginia Thorne v. Pfizer Inc, et al.*                   )
16| (06-4464 CRB)                                              )
  |                                                            )
17| *Rojelio Longoria, et al. v. Pfizer Inc, et al.*          )
  | (06-4586 CRB)                                              )
18|                                                            )
  | *Annie White, et al. v. Pfizer Inc, et al.*               )
19| (06-4678 CRB)                                              )
  |                                                            )
20| *Martha Stevens, et al. v. Pfizer Inc, et al.*            )
  | (06-4920 CRB)                                              )
21|                                                            )
  | *Janette Smith v. Pfizer Inc, et al.*                     )
22| (06-4977 CRB)                                              )
  |                                                            )
23| *Roselie Atkins, et al. v. Pfizer Inc, et al.*            )
  | (06-5272 CRB)                                              )
24|                                                            )
  | *Dawna Garza v. Pfizer Inc, et al.*                       )
25| (06-5416 CRB)                                              )
  |                                                            )
26| *Ralph Adams, et al. v. Pfizer Inc, et al.*               )
  | (06-5591 CRB)                                              )
27|                                                            )
  | *Albert Leong v. Pfizer Inc, et al.*                      )
28| (06-5666 CRB)                                              )

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42581180.1

| | |
|---|---|
| 1 | |
| 2 | *Catherine Connolly, et al. v. Pfizer Inc, et al.* )<br>(06-5738 CRB) ) |
| 3 | *Randy Masker, et al. v. Pfizer Inc, et al.* )<br>(06-5739 CRB) ) |
| 4 | |
| 5 | *Charlie Rhome, et al. v. Pfizer Inc, et al.* )<br>(06-5740 CRB) ) |
| 6 | *Paulette Balda, et al. v. Pfizer Inc, et al.* )<br>(06-5765 CRB) ) |
| 7 | |
| 8 | *William Halpin, et al. v. Pfizer Inc, et al.* )<br>(06-5777 CRB) ) |
| 9 | *Patricia Howard, et al. v. Pfizer Inc, et al.* )<br>(06-5916 CRB) ) |
| 10 | |
| 11 | *Alice Ryan, et al. v. Pfizer, Inc, et al.* )<br>(06-5917 CRB) ) |
| 12 | *William Coleman, et al. v. Pfizer Inc, et al.* )<br>(06-5918 CRB) ) |
| 13 | |
| 14 | *Monica Mittag, et al. v. Pfizer Inc, et al.* )<br>(06-5919 CRB) ) |
| 15 | *Cynthia Smith, et al. v. Pfizer Inc, et al.* )<br>(06-5963 CRB) ) |
| 16 | |
| 17 | *John Roof v. Pfizer Inc, et al.* )<br>(06-5964 CRB) ) |
| 18 | *Lynda Jack, et al. v. Pfizer Inc, et al.* )<br>(06-5965 CRB) ) |
| 19 | |
| 20 | *Ernest Grant v. Pfizer Inc, et al.* )<br>(06-5970 CRB) ) |
| 21 | *Alice L. Pettit, et al. v. Pfizer Inc, et al.* )<br>(06-5973 CRB) ) |
| 22 | |
| 23 | *Wade Smith, et al. v. Pfizer Inc, et al.* )<br>(06-5975 CRB) ) |
| 24 | *Richard Gilmore, et al. v. Pfizer Inc, et al.* )<br>(06-5977 CRB) ) |
| 25 | |
| 26 | *Sergio Estrada v. Pfizer Inc, et al.* )<br>(06-5978 CRB) ) |
| 27 | *John Vallee, et al. v. Pfizer Inc, et al.* )<br>(06-5981 CRB) ) |
| 28 | |

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EASTW25811180.1

| | |
|---|---|
| 1 | *Betty Scott, et al. v. Pfizer Inc, et al.* ) |
| 2 | (06-5983 CRB) ) |
| 3 | *Norman Hamblen, et al. v. Pfizer Inc, et al.* ) <br> (06-6058 CRB) ) |
| 4 | *Dennis Johns, et al. v. Pfizer Inc, et al.* ) |
| 5 | (06-6059 CRB) ) |
| 6 | *Marion Walker, et al. v. Pfizer Inc, et al.* ) <br> (06-6060 CRB) ) |
| 7 | *Bessie R. Jackson-Cook v. Pfizer Inc, et al.* ) |
| 8 | (06-6061 CRB) ) |
| 9 | *Mary Gonzales, et al. v. Pfizer Inc, et al.* ) <br> (06-6062 CRB) ) |
| 10 | *Melvin Kenney, et al. v. Pfizer Inc, et al.* ) |
| 11 | (06-6064 CRB) ) |
| 12 | *Carol Pellini, et al. v. Pfizer Inc, et al.* ) <br> (06-6065 CRB) ) |
| 13 | *Antonio Pratts v. Pfizer Inc, et al.* ) |
| 14 | (06-6066 CRB) ) |
| 15 | *Mark Childs v. Pfizer Inc, et al.* ) <br> (06-6067 CRB) ) |
| 16 | *Mary Helen Johnson, et al. v. Pfizer Inc, et al.* ) |
| 17 | (06-6068 CRB) ) |
| 18 | *James E. Garver, et al. v. Pfizer Inc, et al.* ) <br> (06-6070 CRB) ) |
| 19 | *Tiffany R. Noell, et al. v. Pfizer Inc, et al.* ) |
| 20 | (06-6071 CRB) ) |
| 21 | *Beth Lehnan, et al. v. Pfizer Inc, et al.* ) <br> (06-6073 CRB) ) |
| 22 | *Sharon Payne, et al. v. Pfizer Inc, et al.* ) |
| 23 | (06-6075 CRB) ) |
| 24 | *Nancy Harsh, et al. v. Pfizer Inc, et al.* ) <br> (06-6083 CRB) ) |
| 25 | *Dennis Yeager, et al. v. Pfizer Inc, et al.* ) |
| 26 | (06-6084 CRB) ) |
| 27 | *Lynda Jack, et al. v. Pfizer, Inc, et al.* ) <br> (06-6087 CRB) ) |
| 28 | *Fred Hardee, et al. v. Pfizer Inc, et al.* ) |

-4-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EASTW2581180.1

| | |
|---|---|
| 1 | (06-6088 CRB) |
| 2 | *Lynn Hodges, et al. v. Pfizer Inc, et al.* |
| 3 | (06-6089 CRB) |
| 4 | *Willie Vaughn v. Pfizer Inc, et al.* |
| | (06-6092 CRB) |
| 5 | *Pauline Swihart, et al. v. Pfizer Inc, et al.* |
| 6 | (06-6093 CRB) |
| 7 | *Douglas Horton v. Pfizer Inc, et al.* |
| | (06-6094 CRB) |
| 8 | *June N. Bell v. Pfizer Inc, et al.* |
| 9 | (06-6095 CRB) |
| 10 | *Jerry Rice, et al. v. Pfizer Inc, et al.* |
| | (06-6096 CRB) |
| 11 | *Stephen Bryan, et al. v. Pfizer Inc, et al.* |
| 12 | (06-6097 CRB) |
| 13 | *Steven Woods, et al. v. Pfizer Inc, et al.* |
| | (06-6098 CRB) |
| 14 | *Brad Lovitt, et al. v. Pfizer Inc, et al.* |
| 15 | (06-6116 CRB) |
| 16 | *April Froehlich, et al. v. Pfizer Inc, et al.* |
| | (06-6117 CRB) |

        Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through

the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

each side bearing its own attorneys' fees and costs.

-5-

EASTW2581180.1

DATED: 10 - 29 , 2009        By: _____

                                 **WEITZ & LUXENBERG, PC**
                                 700 Broadway
                                 New York, New York 10003
                                 Telephone: 212-558-5000
                                 Facsimile: 212-344-5461

                                 *Attorneys for Plaintiffs*

DATED: Nov. 2 , 2009        By: _____

                                 **DLA PIPER LLP (US)**
                                 1251 Avenue of the Americas
                                 New York, New York 10020
                                 Telephone: 212-335-4500
                                 Facsimile: 212-335-4501

                                 *Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: NOV 1 3 2009        _____
                           Hon. Charles R. Breyer
                           United States District Court

-6-

EAST\42581180.1                **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**